UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| CHARMINE WADE | * | CIVIL ACTION NO. 14-2388 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| THE HOME DEPOT USA, INC. AKA THE HOME DEPOT | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(4) and 12(b)(5) [Doc. No. 8], filed by Defendant Home Depot U.S.A., Inc. is hereby DENIED.

MONROE, LOUISIANA, this 10th day of April, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE